IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|  | : | CASE NO. |
| v. | : | 3:11-CR-47 (CAR) |
|  | : | |
| BARRY BAILEY, | : | |
|  | : | |
| Defendant. | : | |

_____

### ORDER ON MOTION FOR CONTINUANCE

This matter comes before the Court on the United States of America's Motion for Continuance. [Doc. 16]. Defendant is charged with possession and distribution of child pornography and was arraigned on October 4, 2011. This matter is currently set for a pretrial conference on December 12, 2011, and for the trial term beginning January 9, 2012.

Initial discovery was presented to the defense on October 17, 2011, and counsel represents that additional time is needed to review the discovery with the Defendant. In addition, discovery is ongoing and the parties seek additional time to complete and review discovery, and represent that these interests outweigh the interests of Defendant and the public in a speedy trial. Counsel for the Defendant does not object to the continuance of this matter and the Court finds that it is in the interest of justice to continue this matter. Failure to grant a continuance would deny counsel reasonable

time for effective preparation and could result in a miscarriage of justice.  Accordingly, the Government's Motion for Continuance is **GRANTED**, and it is hereby ordered that this case be continued until April 9, 2012, the next term of court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    SO ORDERED, this 6th day of December, 2011.

                                     <u>S/  C. Ashley Royal</u>
                                     C. ASHLEY ROYAL, CHIEF JUDGE
                                     UNITED STATES DISTRICT COURT

AES