✎GAM 35
(Rev. 2/06)

**Report and Order Reducing Term of Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**BARRY BAILEY**

Crim. No.   3:11-CR-47-001(CAR)

On November 27, 2012, Barry Bailey was committed to the custody of the Bureau of Prisons for a term of 97 months, followed by 25 years supervised release for Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).   On June 28, 2019, the term of supervised release commenced.  Bailey has since complied with the rules and regulations of supervised release,

Pursuant to the defendant's *Pro Se Motion for Early Termination of Supervised Release* (Doc. 54), filed June 9, 2025, the Court conducted an individualized assessment of the defendant's case and current circumstances, in accordance with USSG §5D1.1 and policy guidance.  Based on the nature of the instant offense, to include Bailey's requirement to register as a sex offender for a minimum of ten years with a "clean" record, and a lack of sufficient prosocial support, it was determined Bailey is not a candidate for early termination and the *Motion* is DENIED.

However, a recent analysis of sentencing trends in the Middle District of Georgia reflects a reduction in the length of supervised release to a range between 10 to 15 years for similar offenses. In an effort to avoid unwarranted sentencing disparities while considering public safety, the Court reduces the term of supervised release from a term of 25 years to 10 years.

## ORDER OF COURT

Pursuant to the above report, it is ordered that the required term of supervised release be reduced to 10 years.

Dated this ____4____ day of ____February____, 2025.

_____
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE